641 A.2d 288

**BLOOMINGDALE'S BY MAIL LTD., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE and Barton A. Fields, in his capacity as Secretary of Revenue, Commonwealth of Pennsylvania, Department of Revenue.**

**No. 99 M.D. Appeal Docket 1992.**

Supreme Court of Pennsylvania.

April 5, 1994.

## *ORDER*

PER CURIAM.

AND NOW, this 5th day of April, 1994, the Joint Petition for Remand is granted. This matter is remanded to the Commonwealth Court for determination of the fees and costs to be awarded Appellant, Bloomingdale's By Mail, Ltd. Jurisdiction is relinquished.